IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

WILLIAMSON GUN AND
ARCHERY, LLC,
a West Virginia business,

       Plaintiff,

v.                                    Civil Action No.: 2:23-cv-524

ADAM ROGERS, Director of
Industry Operations, Louisville
Field Office, Bureau of Alcohol,
Tobacco, Firearms and Explosives,

       Defendant.

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, the plaintiff, Williamson Gun and Archery, LLC, by counsel Robert B.

Kuenzel and Kuenzel Law, PLLC, and, in accordance with Rule 56 of the Federal Rules of Civil

Procedure, moves this Honorable Court for entry of an Order granting plaintiff's Motion for

Summary Judgment; alternatively, the plaintiff moves the Court to conduct an evidentiary

hearing in the matter including oral argument.  In support of said Motion the plaintiff relies upon

the attached Memorandum of Law.


*/s/ Robert B Kuenzel*

Robert Kuenzel, State Bar No. 8972
Kuenzel Law, PLLC
36 Adams Street
P.O. Box 607
Chapmanville, WV 25508-0607
304.310.4263
304.310.4264 (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**WILLIAMSON GUN AND
ARCHERY, LLC,
a West Virginia business,**

      **Plaintiff,**

**v.**                                       **Civil Action No.: 2:23-cv-524**

**ADAM ROGERS, Director of
Industry Operations, Louisville
Field Office, Bureau of Alcohol,
Tobacco, Firearms and Explosives,**

      **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has served a true copy of the attached **Motion for Summary Judgment and Memorandum of Law in Support of Motion for Summary Judgment** upon the person(s) listed below on this the 28th day of December , 2023, by depositing a true copy of same in the United States Mail at Chapmanville, West Virginia, was sufficient postage attached thereto, or via facsimile, or via electronic transmission, or via hand-deliver, addressed as follows:

Fred B. Westfall, Jr.
WV State Bar No. 3992
Assistant United States Attorney
300 Virginia Street East, Room 4000
Charleston, WV 25301
Phone: 304-345-2200
Fax: 304-347-5443
fred.westfall@usdoj.gov

Counsel for Defendant

*/s/ Robert B Kuenzel*

Robert Kuenzel, State Bar No. 8972
Kuenzel Law, PLLC
36 Adams Street
P.O. Box 607
Chapmanville, WV 25508-0607
304.310.4263
304.310.4264 (facsimile)