You are viewing this page over a secure connection. Click here for more information.

# West Virginia Secretary of State — Online Data Services

## Business and Licensing
Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

## WILLIAMSON GUN & ARCHERY LLC

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|
| LLC \| Limited Liability Company | 7/1/2005 | | 6/30/2005 | Domestic | Profit | | | |

### Organization Information

| | | | |
|---|---|---|---|
| **Business Purpose** | 4511 - Retail Trade - Sporting Goods, Hobby, Book, and Music Stores - Sporting Goods/Hobby/Musical Instrument Stores | **Capital Stock** | |
| **Charter County** | Mingo | **Control Number** | 0 |
| **Charter State** | WV | **Excess Acres** | |
| **At Will Term** | A | **Member Managed** | MBR |
| **At Will Term Years** | | **Par Value** | |
| **Authorized Shares** | | **Young Entrepreneur** | Not Specified |

**EXHIBIT A**

## Addresses

| Type | Address |
| --- | --- |
| Designated Office Address | 165 EAST SECOND AVENUE<br>WILLIAMSON, WV, 25661 |
| Mailing Address | PO BOX 356<br>LOGAN, WV, 25601<br>USA |
| Notice of Process Address | BRENDA SIPPLE<br>PO BOX 356<br>LOGAN, WV, 25601 |
| Principal Office Address | 165 EAST SECOND AVENUE<br>WILLIAMSON, WV, 25661<br>USA |
| Type | Address |

## Officers

| Type | Name/Address |
| --- | --- |
| Member | BRENDA SIPPLE<br>PO BOX 356<br>LOGAN, WV, 25601 |
| Organizer | BRENDA SIPPLE<br>BOX 356<br>LOGAN, WV, 25601<br>USA |
| Type | Name/Address |

## Annual Reports

| Filed For |
| --- |
| 2023 |
| 2022 |
| 2021 |
| 2020 |
| 2019 |
| 2018 |
| 2017 |
| 2016 |
| 2015 |

| 2014 | |
| 2013 | |
| 2012 | |
| 2011 | |
| 2010 | |
| 2009 | |
| 2008 | |
| 2007 | |
| 2006 | |
| **Date filed** | |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Thursday, December 21, 2023 — 2:03 PM

© 2023 State of West Virginia