## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**WILLIAMSON GUN AND**
**ARCHERY, LLC,**
a West Virginia business,

     **Plaintiff,**

v.                                  **Civil Action No.: 2:23-cv-524**

**ADAM ROGERS, Director of**
**Industry Operations, Louisville**
**Field Office, Bureau of Alcohol,**
**Tobacco, Firearms and Explosives,**

     **Defendant.**

## AFFIDAVIT

STATE OF WEST VIRGINIA,
COUNTY OF LOGAN, TO-WIT

I, Josh Sipple, after having been first duly sworn, depose and say as follows:

1. That I am an employee of Williamson Gun and Archery, LLC, in Williamson, Mingo County, West Virginia.

2. That, prior to revocation of the Federal firearms license, I conducted sales of firearms at Williamson Gun and Archery, LLC.

3. That the basis for the revocation relates, in part, to me adding guns to a form 4473 that previously was completed.

4. On each of these forms, Jason Scott Hunt, Winfred Lee Farley, and Jerry Arlin Jeffers, each were concealed carry permit holders.

5. Jason Scott Hunt's license was issued on 12/03/2020 and was valid until 12/03/2025.

6. Winfred Lee Farley's license was issued on 10/03/2019 and was valid until 10/03/2024.

7. Jerry Arlin Jeffer's license was issued on 06/23/2017 and was valid until 06/23/2022.

8. That I understood that I was not required to conduct a NICS background check if the purchaser held a valid CCW permit pursuant to 27 C.F.R. §478.102(d)(1)(i).



9. Therefore, I believed that I could add the firearm to a recently completed 4473 form as long as I re-certified the purchaser's information.

10. This belief resulted from ATF Order 5370.1E, dated January 28, 2020, and titled Federal Firearms, Administrative Action Policy and Procedures.

11. In the above order, in the section titled Warning Letter, No.3, the policy states, (3) Failure by the FFL to obtain complete and accurate information for any item(s) on Forms 4473, question 21, or failure to ensure that the buyer signs and dates the Form 4473 **(to include failing to have the buyer rectify their answers if the transfer takes place on a different date than the original signature)** on 5 percent or more of the Forms 4473 examined, except when any purchaser is prohibited.

12. There was no intent to deceive the ATF by adding additional guns to the previously completed 4473 forms and these additions were not for a bad purpose.

13. Specifically, as noted in Exhibit 5, regarding the sale to Jason Scott Hunt, I initialed box 6 after adding the firearms to the form and re-certifying that Jason Scott Hunt was a CCW holder. Thus, I was not trying to hide any of these actions, I was trying to confirm them.

_____
Josh Sipple

Taken, subscribed and sworn to before the undersigned Notary on this the __22nd__ day of December, 2023.

My commission expires: __Sept. 20, 2025__ .

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Jillian Pancake
600 Easy Street
Bridgeport, WV 26330
My Commission Expires September 20, 2025

_____
NOTARY PUBLIC

Prepared and presented by:

*/s/ Robert B Kuenzel*

Robert B Kuenzel, WV State Bar No. 8972
Kuenzel Law, PLLC
P.O. Box 607
36 Adams Street
Chapmanville, WV 25508-0607
304.310.4263
304.310.4264 - facsimile
rob@kuenzellaw.com