IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WILLIAMSON GUN AND ARCHERY, LLC,

        Plaintiff,

v.                               CIVIL ACTION NO.  2:23-cv-00524

ADAM ROGERS,

        Defendant.

## JUDGMENT ORDER

The court **ORDERS** that Judgment be entered in accordance with the accompanying Memorandum Opinion and Order, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    July 8, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE